AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| MATTHEW D'ANTONIO </br></br> *Plaintiff(s)* </br> v. </br></br> BROWARD COUNTY, FLORIDA, a political subdivision of the State of Florida </br></br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 0:26-cv-60417-MD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Broward County, Florida
    c/o Mark D. Bogen
    115 S. Andrews Avenue
    Fort Lauderdale, Fla. 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    G. Ware Cornell, Jr. - Cornell & Associates, P.A.
    2645 Executive Park Drive, Weston, Fla. 33331
    (954) 618-1041
    ware@warecornell.com
    brittne@warecornell.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date: Feb 17, 2026

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court